UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  UNITED STATES OF AMERICA,                :        25-cr-95 (RWL)-1

                     Plaintiff,   :

       - against -                   :       **SENTENCING ORDER**

MARIA CLARA SERNA THERAN,       :

                   Defendant.  :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

ORDER: Sentencing has been rescheduled for **AUGUST 6, 2025, at 10:00 a.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties shall submit their sentencing submissions by July 23, 2025. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 29, 2025
      New York, New York

Copies transmitted this date to all counsel of record.