**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

July 31, 2025

*Via Email & CM/ECF*
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *United States v. Maria (Maya) Clara Serna Theran*
25 Cr. 95 (RWL)

Dear Judge Lehrburger,

I write to respectfully request that the Court maintain the sentencing letter and enclosures that I submitted last night via e-mail under seal and allow me to file a redacted sentencing letter on the docket that protects information related to Ms. Serna's minor child and the identity of the perpetrator of domestic violence against her.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Varun Gumaste

7/31/2025

GRANTED. SO ORDERED.

Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York