**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

September 23, 2025

*Via Email & CM/ECF*
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

So Ordered.

_____
Robert W. Lehrburger, USMJ
Sept. 23, 2025

**Re:** *United States v. Maria (Maya) Clara Serna Theran*
**25 Cr. 95 (RWL)**

Dear Judge Lehrburger,

    I write to respectfully request that the Court lift the home detention condition, enforced by location monitoring, that it imposed on Ms. Serna at the conclusion of the status conference held on September 4, 2025. Pre-Trial Services, by Taelor Nisbeth, agrees with this application.

    After being restored to bail on September 4, 2025, Ms. Serna was immediately taken into custody by immigration authorities acting on an immigration-related warrant, and she spent the night at 26 Federal Plaza. Before being released from immigration custody with a formal "notice to appear," immigration authorities placed their own location monitor on Ms. Serna, and also imposed a home confinement condition. Consequently, Ms. Serna has two ankle tethers: one affixed by Pre-Trial Services, the other affixed by Immigration and Customs Enforcement (ICE).

    I respectfully submit that imposing two location monitors and identical home-confinement conditions upon Ms. Serna, who has never violated any of her bail conditions during the pendency of this case, is gratuitous, and that the Court should modify her bail conditions to remove location monitoring and home detention. The Government, by AUSA Varun Gumaste, consents to this application as long as ICE's conditions remain in place. If ICE removes its monitoring condition, then the Government avers that the home detention condition and location monitoring should be reimposed in Ms. Serna's criminal case. The parties will inform the Court if there is any change to Ms. Serna's ICE-related supervision conditions.

2

Accordingly, I ask that the Court vacate its home detention and location monitoring condition forthwith. I thank the Court for its consideration of this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Varun Gumaste
Pre-Trial Officer Taelor Nisbeth

2