# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 25, 2025

***Via Email & CM/ECF***
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**  ***United States v. Maria (Maya) Clara Serna Theran***
***25 Cr. 95 (RWL)***

Dear Judge Lehrburger,

I write to respectfully request that the Court terminate Maya Serna Theran's supervised release and direct Pre-Trial Services to return her Colombian passport to her husband, Amr Mohammed.

On October 29, 2025, the Court sentenced Maya to time served followed by three months' supervised release, including 50 hours of community service. On November 10, 2025, Maya reported to Immigrations and Customs Enforcement for a routine check-in. Unfortunately, ICE elected to detain her, and she has been in their custody since.

Given the circumstances and the indeterminate nature of her immigration-related detention, Maya has no means of fulfilling the community service conditions imposed by the Court. Accordingly, the term of supervised release, which was imposed to facilitate her community service obligations, is also no longer necessary, and the Court should terminate supervision. In addition, to allow Maya the ability to assist ICE authorities in her likely removal, the Court should authorize her husband to retrieve her Colombian passport from Pre-Trial Services so that he can share the document with the relevant authorities.

Granted in part.  (1)  Pre-trial services shall provide to Ms. Serna's husband her Colombian passport for the sole purpose of sharing it with the relevant immigration authorities; (2) Ms. Serna's community service obligation is suspended during the time she is detained by immigration authorities.

SO ORDERED, Nov. 27, 2025
Robert W. Lehrburger, USMJ

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:    AUSA Varun Gumaste